

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Blake Anthony Monakino v. The State of Texas

Appellate case number:   01-14-00361-CR

Trial court case number:  1397016

Trial court:             174th Judicial District Court of Harris County

On August 4, 2015, this Court granted appellant's "Motion For Order Requiring Clerk To Comply With This Court's Previous Order of April 16, 2015," noting that the reporter had timely complied with this Court's Order of Abatement, issued on April 16, 2015, but that the trial clerk had not yet filed the requested supplemental clerk's record containing the amended certification clarifying appellant's right of appeal. On September 29, 2015, a compliant supplemental clerk's record with the trial court's amended certification stating that this is not a plea-bargain case and that appellant has the right of appeal, signed on August 13, 2015, was filed in this Court.

Accordingly, we **REINSTATE** this case on this Court's active docket. Appellant's brief is **ORDERED** to be filed no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a), (d). The State's appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

Furthermore, because appellant is represented by counsel, his *pro se* letter-motion, filed on September 14, 2015, requesting the amended certification of his right of appeal and a tape recording, is **DISMISSED**. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004) (no entitlement to hybrid representation).

It is so **ORDERED**.

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually    ☐ Acting for the Court

Date: October 8, 2015